Arthur De Roche, Respondent, v. James Ridgway, Appellant.— Motion for reargument denied, without costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Edsall W. Drew, Appellant, v. Vernon D. Cass, Respondent.— Motion granted, without costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ. Settle order before Mr. Justice Burr.

John Emrich, Appellant, v. Joseph Serpe and Another, Respondents.— Motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Patrick Fanning, Respondent, v. Standard Oil Company of New York, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Abraham Feinstein, Appellant, v. Otto E. Reimer and Jacob Hyman, Respondents.— Motion granted, with costs, unless the appellant perfect his appeal within ten days, in which case the motion is denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Marie Gaebler, as Administratrix of Charles G. Gaebler, Deceased, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion denied, without costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Ellen F. Grealish, as Administratrix, etc., Appellant, v. Brooklyn, Queens County and Suburban Railroad Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied; and motion for reargument denied, on the ground that the trial appears to have been conducted on the theory that the decedent was *sui juris* at the time of the accident. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Burr, JJ.

. Frank Gross, Respondent, v. Kathairo Chemical Company, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Rosie Heimbinder, Appellant, v. Daniel Sullivan, Respondent.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

John Henry, Respondent, v. Stanley Hod Elevator Company, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Frank M. Ho-Glen, Respondent, v. James Livingston Construction Company, Appellant.— Motion denied on condition that the appellant perfect its appeal forthwith, and put the case at the foot of the present calendar; otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Robert Ingersoll & Brother, Respondent, v. Louis Shapiro, Appellant. — Motion denied and appeal dismissed, with costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of William W. Bliven for License and Admission to Practice as an Official Examiner of Title. In the Matter of the Application of Walter L. Durack for License and Admission to Practice as an Official Examiner of Title. In the Matter of the Application of Michael E. Finnigan for License and Admission to Practice as an Official Examiner of Title. In the Matter of the Application of Albert F. Gescheidt, Jr., for License and Admission

to Practice as an Official Examiner of Title.   In the Matter of the Application of Percy L. Housel for License and Admission to Practice as an Official Examiner of Title.   In the Matter of the Application of James P. Collins for License and Admission to Practice as an Official Examiner of Title.— In each of these cases the bonds must be made to conform to the requirements of the special rule adopted by this department March 4, 1909, relating thereto.* Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Louis Pleshet for License and Admission to Practice as an Official Examiner of Title.— The petition of the applicant and a bond in accordance with the provisions of the rules of the Court of Appeals and the special rule of this department, adopted March 4, 1909, must be presented before the application can be entertained.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Alfred Roelker, Jr., for License and Admission to Practice as an Official Examiner of Title.— A bond in accordance with the provisions of the rules of the Court of Appeals and the special rule adopted by this department March 4, 1909, must be presented in connection with the petition.   The petition in this case should be revised accordingly.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Home Title Insurance Company of New York to Be Licensed and Admitted to Practice as an Official Examiner of Title. — Application granted.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of the Mutual Trust Company of Westchester County to Be Designated as a Deposit Bank for Moneys Paid into Court.— Application granted.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Lewis J. Jacobs, Appellant, v. James Feinstein and Others, Respondents.— Motion granted, without costs.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Michael Joseph Keenan, Jr., Respondent, v. Eisenbach Realty and Construction Company, Appellant.— Motion for reargument denied, with ten dollars costs.   Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Tusiana Kunizki, as Committee of the Estate of Alexander Kunizki, an Alleged Incompetent Person, Respondent, v. National Fire Proofing Company, Appellant.— Appeal dismissed, with ten dollars costs.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Tusiana Kunizki, as Committee of the Estate of Alexander Kunizki, an Alleged Incompetent Person, Respondent, v. National Fire Proofing Company, Appellant.— Motion for stay denied, with ten dollars costs.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Abraham B. Loewy, Respondent, v. Morris Gordon and Another, Appellants. — Motion denied, with ten dollars costs.   Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Mary McCherry, an Infant, etc., Respondent, v. Snare & Triest Company and the Brooklyn Heights Railroad Company, Appellants.— Motion for leave

---

* See *ante*, p. lxiv.—[REP.